**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-6316**

---

JOENELL RICE,

        Plaintiff - Appellant,

    v.

RUBY UNIVERSITY HOSPITAL, Medical 911 Emergency; HAZELTON USP, Evening Shift Staff; HAZELTON MEDICAL,

        Defendants - Appellees.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:22-cv-00026-JPB-JPM)

---

Submitted:  August 23, 2022            Decided:  August 26, 2022

---

Before GREGORY, Chief Judge, HEYTENS, Circuit Judge, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Joenell Rice, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joenell Rice appeals the district court's order dismissing under 28 U.S.C. § 1915A(b) his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Rice v. Ruby Univ. Hosp.*, No. 5:22-cv-00026-JPB-JPM (N.D. W. Va. Feb. 18, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*